NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SCOTT R. MARTIN,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5023

---

Appeal from the United States Court of Federal Claims in case no. 11-CV-0781, Senior Judge James F. Merow.

---

**ON MOTION**

---

**O R D E R**

The United States moves for a 17-day extension of time, until February 22, 2013, to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

SCOTT MARTIN V. US                                                                    2

The motion is granted.

FOR THE COURT

 /s/ Jan Horbaly
Jan Horbaly
Clerk

s27